UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 16  2 12 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DIRECTV, Inc. | Case No.: **303-CV-0920 (JBA)** |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| John Viscomi | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

10/8/03
Date

John M. McLaughlin, Its Member
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant

10/13/03
Date

John M. Wolfson  ct-03538
One Constitution Plaza, Suite 900
Hartford, CT 06103
Tel. (860) 713-8900

1

## CERTIFICATE OF SERVICE

I, John M. Wolfson, attorney for the Defendant, hereby certify that on this _14th_ day of _October_, 2003, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
John M. Wolfson